Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
8508 Rehoboth Court
Vienna, VA 22182
703-770-9261
krm@mccarthywhite.com
Attorneys for Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In re: | \* | |
| | \* | |
| WILLIAM R. JOSEPH, | \* | Case No. 20-10538-KHK |
| | \* | (Chapter 7) |
| Debtor(s). | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| KEVIN R. MCCARTHY, TRUSTEE | \* | |
| | \* | |
| Plaintiff, | \* | |
| | \* | |
| vs. | \* | A.P. No. _____ |
| | \* | |
| ROY D. JOSEPH | \* | |
| 3303 Commonwealth Ave., Apt. A | \* | |
| Alexandria, VA 22305 | \* | |
| | \* | |
| and | \* | |
| | \* | |
| GARY L. JOSEPH | \* | |
| 3520 Pine Court | \* | |
| Dumfries, VA 22026-2211, | \* | |
| | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRUSTEE'S COMPLAINT TO SELL INTERESTS OF
NON-DEBTOR CO-OWNERS IN REAL PROPERTY

Kevin R. McCarthy, Trustee, by and through counsel, in support of his Complaint to sell the interests of the non-debtor co-owners in real property of the bankruptcy estate states the following:

1.      The Court has jurisdiction of this Adversary Proceeding pursuant to 28 U.S.C.

§§ 1334 & 157 and 11 U.S.C. § 363(h).  Venue is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding.

2. Kevin R. McCarthy is the duly appointed Trustee for the bankruptcy estate of the Debtor William R. Joseph, who filed a petition for relief under Chapter 7 of the Bankruptcy Code on February 21, 2020.

3. The Debtor owns, of record, a one-third interest in the condominium located at 3303 Commonwealth Avenue, Apartment A, Alexandria, Virginia 22305 ("the Property").

4. The Defendants Gary L. Joseph and Roy D. Joseph, who are the Debtor's brothers, own, of record, the other two-thirds of the Property.  The interests of the Debtor and the Defendants are listed in the Real Estate Affidavit attached as Exhibit A filed in the decedent's estate case of their mother Doris Jean Joseph, Court File No. CW13001382 in the Alexandria Circuit Court.

5. The legal description of the Property is:

TAX MAP REFERENCE NO. 50400400

ALL THAT CERTAIN LOT OR PARCEL OF
LAND, TOGETHER WITH ITS IMPROVEMENTS AND
APPURTENANCES, LOCATED IN THE CITY OF ALEXANDRIA,
COUNTY OF ALEXANDRIA CITY, VIRGINIA, AND MORE
PARTICULARLY DESCRIBED AS FOLLOWS: CONDOMINIUM UNIT
NO. 3303A, BUILDING 1 IN AUBURN VILLAGE CONDOMINIUM,
AND THE LIMITED ELEMENTS, APPURTENANCES THERETO, IN A
CONDOMIINIUM REGIME CONSTITUTED AND ESTABLISHED
UNDER THE VIRGINIA CONDOMINIUM ACT, CHAPTER 4.2 OF
TITLE 55 OF THE CODE OF VIRGINIA (1950), BY A DECLARATION
RECORDED IN DEED BOOK 1009 PAGE 609, AMONG THE LAND
RECORDS OF THE CITY OF ALEXANDRIA, VIRGINIA. AND BEING
THE SAME PROPERTY CONVEYED UNTO THE PARTY OF THE
FIRST PART IN DEED BOOK 1532 AT PAGE 1874, AMONG THE
AFORESAID CITY LAND RECORDS. THIS CONVEYANCE IS MADE
SUBJECT TO ALL EASEMENTS, RESTRICTIONS, RIGHTS-OFWAY,
COVENANTS AND CONDITIONS CONTAINED IN THE DEEDS
FORMING THE CHAIN OF TITLE TO THIS PROPERTY.

6. The Trustee intends to sell the Debtor's interest in the Property for the benefit of the Debtor's unsecured creditors. In order to accomplish this, he must also sell the Defendants' interests.

7  Partition in kind of the Property between the bankruptcy estate and the Defendants is impracticable.

8. Upon information and belief, sale of the bankruptcy estate's undivided interest in the Property would realize significantly less for the bankruptcy estate than the sale of such Property free of Defendants' interests.

9. The benefit to the bankruptcy estate of the sale of the Property free of Defendants' interests outweighs the detriment, if any, to the Defendants. Defendant Gary L. Joseph does not reside at the Property, and the Trustee understands that he is amenable to its sale. Defendant Roy D. Joseph resides at the Property. Despite multiple contacts with him since April 2020, and despite substantial equity in the Property, the Trustee has been unable to negotiate a buyout of the Debtor's interest in the Property. Each Defendant will receive his one-third share of net sale proceeds upon a sale of the Property, which one-third share is expected to be at least $30,000. Similarly, the bankruptcy estate is expected to receive at least $30,000. The Debtor has claimed as exempt $5000 in the bankruptcy estate's share of net sale proceeds.

10. The property is not used in a manner specified in 11 U.S.C. § 363(h)(4).

WHEREFORE, the Trustee respectfully requests the Court to enter Judgment:

a)  for the Trustee and against the Defendants authorizing the Trustee to sell the Debtor's and the Defendants' interests in the condominium located at 3303 Commonwealth Avenue, Apartment A, Alexandria, Virginia 22305; and

Document    Page 4 of 5

b) as to the Defendants' interests, authorizing the Trustee to distribute their shares of the net sale proceeds under 11 U.S.C. § 363(j); and

c) for costs of $350 in favor of the Trustee and against the Defendants; and

d) for such other relief as the Court may deem just.

Respectfully submitted,

/s/ Kevin R. McCarthy
Kevin R. McCarthy, VSB 14273
McCarthy & White, PLLC
8508 Rehoboth Court
Vienna, VA 22182
(703) 770-9261
krm@mccarthywhite.com
Attorneys for Plaintiff Trustee

**REAL ESTATE AFFIDAVIT**
COMMONWEALTH OF VIRGINIA   VA. CODE § 64.2-510

Court File No. CW13001382

Alexandria ......................................................... Circuit Court

Doris Jean Joseph
NAME OF DECEDENT

08/20/2013
DATE OF DEATH

William R. Joseph
NAME AND ADDRESS OF SUBSCRIBER

3303 Commonwealth Avenue Apt A, Alexandria, VA 22305

[X] I have an interest as ............ a Legal Heir ............ in the real property of the decedent; AND/OR

[ ] I qualified in ........................................................................................................ as
NAME OF COURT

the personal representative of the above-named decedent, who died intestate as to the real estate described herein, and who, at the time of death, was seized of real property in this jurisdiction, briefly described as

3303 Commonwealth Avenue Apt. A, Alexandria, VA 22305

The name and last known address of decedent's heirs are:

| NAMES OF HEIRS | ADDRESSES | RELATIONSHIP | AGE |
| --- | --- | --- | --- |
| William R. Joseph | 3303 Commonwealth Ave #A, Alex, VA | Son | Adult |
| Roy D. Joseph | 3303 Commonwealth Ave #A, Alex, VA | Son | Adult |
| Gary L. Joseph | 3520 Pine Court, Dumfries, VA | Son | Adult |

9/9/2013
DATE

[Signature]
SIGNATURE OF SUBSCRIBER

State/Commonwealth of ALEXANDRIA   [X] City [ ] County of ALEXANDRIA

Subscribed and sworn to before me

by WILLIAM R. JOSEPH
PRINT NAME OF SIGNATORY

this 9th day of SEPT, 20 13.

[ ] CLERK  [X] DEPUTY CLERK  [ ] NOTARY PUBLIC

My commission expires N/A

Registration No. N/A

VIRGINIA: In the Clerk's Office of the ALEXANDRIA Circuit Court this 9th day of SEPT, 20 13 the foregoing AFFIDAVIT was filed and admitted to record.

A COPY TESTE:
EDWARD SEMONIAN, CLERK

BY _____, DEPUTY CLERK

CERTIFIED THIS 9th DAY OF SEPT, 20 13

FORM CC-1612 MASTER 10/12

Teste: EDWARD SEMONIAN
CLERK

By: _____, Deputy Clerk

**EXHIBIT A**