11/81/20

CASE NUMBER 20-10539-KHK

**RECEIVED**

CHAPTER 7

NOV 04 2020

ADVERSARY PROCEEDING # 20-01067-KHK

ALEXANDRIA DIVISION
US BANKRUPTCY COURT

JUDGE KLINETTE H. KINDRED

I, ROY JOSEPH & GARY L JOSEPH BOTH DISAGREE AND ARE CONTESTING THIS COMPLAINT MADE BY KEVIN R McCARTHY. GARY L JOSEPH HAS NOT RECEIVED ANY FORM OF THIS COMPLAINT. I, ROY JOSEPH AM ASKING THAT IT BE DISMISSED AT THIS TIME! I/WE OWE MR. McCARTHY NOTHING AND ASKING IT BE DISMISSED DUE TO COVID19. I AM ASKING FOR FAIR AND AMPLE TIME TO UNDERSTAND THIS MATTER WHEN THINGS/LIFE IS BETTER NO PANDEMIC. I, AS HAVE MILLIONS OF PEOPLE HAVE BEEN SEVERLY AFFECTED BY PANDEMIC. OUR HOME HAS BEEN IN FAMILY OVER 30YRS. WILLIAM JOSEPH INTENTIONALLY RAN UP BILLS AND CREDIT CARDS WITH NO INTENTION ON PAYING, ALL WHILE EMPLOYED FULL-TIME I HAVE EVIDENCE MR. McCARTHYS HAS HARASSED & THREATEN ME WITH COURT THRU THIS ENTIRE EPIDEMIC CAUSING MAJOR STRESS. PLEASE DISMISS COMPLAINT AT THIS TIME

THANK YOU
ROY JOSEPH